**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BSI AMERICA PROFESSIONAL SERVICES, INC. | |
| Plaintiff, | Civil Action No. 1:18-CV-02940 (CRC) |
| v. | |
| L. FRANCIS CISSNA, et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is dismissed,

without prejudice, by the Plaintiff, BSI America Professional Services, Inc., in its entirety.

Respectfully submitted,

Dated: July 18, 2019          MORGAN, LEWIS & BOCKIUS LLP

By:/s/ Eric S. Bord
    Eric S. Bord (DC Bar No. 429350)
    eric.bord@morganlewis.com
    Daniel D. Schaeffer (DC Bar No. 888208991)
    daniel.schaeffer@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:      +1.202.739.3000
Facsimile:      +1.202.739.3001

Attorneys for Plaintiff